UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY EDWARD VANDER SCHUUR,

    Plaintiff,

v.                                                  Case No. 1:17-cv-522
                                                  Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

        **IT IS SO ORDERED**.


Dated: September 20, 2018                                  /s/ Ray Kent
                                                                 United States Magistrate Judge